1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12    RAYMOND JOEL TAFOYA,              1:07-CV-01592 AWI GSA HC

13              Petitioner,

14        vs.                          <u>ORDER OF TRANSFER</u>

15    R. J. SUBIA, Warden, et al.,

16              Respondents.

17    _____/

18        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus

19    pursuant to 28 U.S.C. § 2254.

20        The federal venue statute requires that a civil action, other than one based on diversity

21    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22    reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23    giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24    situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25    the action may otherwise be brought." 28 U.S.C. § 1391(b).

26        In this case, Petitioner is challenging a parole suitability hearing.  Where "the petition is directed

27    to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the

28    district of confinement is the preferable forum." <u>Meador v. Cal. Dept. of Corr.</u>, 2003 WL 21910917 *1

Dockets.Justia.com

1  (N.D.Cal.), *citing* Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit

2  Court, 410 U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn,

3  2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.). Petitioner is

4  incarcerated at Mule Creek State Prison located in Ione, California, which is within the jurisdictional

5  boundaries of the Sacramento Division of the Eastern District of California. See 28 U.S.C. § 84(b).

6  Therefore, in the interest of justice the petition will be transferred to the Sacramento Division. 28 U.S.C.

7  §§ 1404(a) and 2241(d).

8      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Sacramento

9  Division of the United States District Court for the Eastern District of California.

10      IT IS SO ORDERED.

11  **Dated:    November 6, 2007**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE