UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOEL TAFOYA, | 1:07-CV-01592 AWI GSA HC |
| Petitioner, | |
| vs. | <u>ORDER OF TRANSFER</u> |
| R. J. SUBIA, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, Petitioner is challenging a parole suitability hearing.  Where "the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum." <u>Meador v. Cal. Dept. of Corr.</u>, 2003 WL 21910917 *1

(N.D.Cal.), *citing* Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn, 2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.). Petitioner is incarcerated at Mule Creek State Prison located in Ione, California, which is within the jurisdictional boundaries of the Sacramento Division of the Eastern District of California. See 28 U.S.C. § 84(b). Therefore, in the interest of justice the petition will be transferred to the Sacramento Division. 28 U.S.C. §§ 1404(a) and 2241(d).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

**Dated:   November 6, 2007**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE