IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND JOEL TAFOYA,** | Case No. 2:07-cv-02389-GEB-KJN |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **R. J. SUBIA, Warden,** | |
| Respondent. | |

Respondent's first request for a thirty-day extension of time to file an answer was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file an answer to the Petition for Writ of Habeas Corpus on or before June 1, 2010.

Dated: May 4, 2010                    /s/ Kendall J. Newman
                                     The Honorable Kendall J. Newman
                                     United States Magistrate Judge

tafo2389.eot